Circuit Court of Appeals for the Third Circuit granted. *Mr. Francis Rawle, Mr. Joseph W. Henderson, Mr. George Whitefield Betts, Jr.,* and *Mr. George C. Sprague* for petitioners. *Mr. D. Roger Englar* and *Mr. James D. Carpenter, Jr.,* for respondent. *Mr. John W. Griffin* and *Mr. Roscoe H. Hupper,* by leave of court filed briefs as *amici curiae.*

———

No. 635. GEORGE HARRISON, TRUSTEE, ETC. *v.* ANNA B. CHAMBERLAIN. October 27, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Samuel A. Mitchell* and *Mr. Philip Kates* for petitioner. No appearance for respondent.

———

No. 642. CHESAPEAKE & OHIO RAILWAY COMPANY *v.* WESTINGHOUSE, CHURCH, KERR & COMPANY, INC.; and

No. 643. WALKER D. HINES, LATE DIRECTOR GENERAL OF RAILROADS, *v.* WESTINGHOUSE, CHURCH, KERR & COMPANY, INC. October 27, 1924. Petition for writs of certiorari to the Supreme Court of Appeals of the State of Virginia granted. *Mr. David H. Leake* and *Mr. Walter Leake* for petitioners. *Mr. Henry W. Anderson* and *Mr. Thomas B. Gay* for respondent.

———

No. 653. UNITED STATES *v.* O. B. FISH. October 27, 1924. Petition for a writ of certiorari to the United States Court of Customs Appeals granted. *Mr. Solicitor General Beck* and *Mr. Assistant Attorney General Hoppin* for petitioner. *Mr. Allan R. Brown* for respondent.

———

No. 668. FRANK A. HARRIGAN, TRUSTEE, ETC. *v.* LOUIS J. BERGDOLL, NOW KNOWN AS LOUIS J. BERGSON. November 17, 1924. Petition for a writ of certiorari to the